## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**Honorable Patty Shwartz**  U.S. Post Office & Courthouse Bldg.
**United States Magistrate Judge**  Federal Square, Newark, NJ  07101
(973) 645-6596

May 23, 2005

Neil H. Deutsch, Esq.
Deutsch Resnick, P.A.
One University Plaza
Suite 305
Hackensack, New Jersey 07601

Stephanie Wilson, Esq.
Reed Smith, LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08543-7839

## LETTER ORDER

RE:  **WENDY DORF v. MELLON**
     **Civil Action No.  03-3834(FSH)**

Dear Counsel:

     There shall be a telephone conference on **June 6, 2005 at 9:30 a.m.**  Plaintiff shall initiate the telephone call.  Kindly mark your calendars accordingly.

**SO ORDERED.**

s/Patty Shwartz
**United States Magistrate Judge**